# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| GEORGE WELLS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No. 4:12-CV-2295-CDP |
| | )   **ECF** |
| TROY STEELE, | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF FILING EXHIBIT ATTACHMENTS

WHEREFORE, Exhibits A through M, which is an attachment to "Respondent's Response to Order to Show Cause Why a Writ of Habeas Corpus Should Not Be Granted," is in paper form only and maintained in the case file in the Clerk's Office.

Respectfully submitted,

CHRIS KOSTER
Attorney General

\s\ Terrence M. Messonnier
TERRENCE M. MESSONNIER
Assistant Attorney General
Missouri Bar No. 42998

P. O. Box 899
Jefferson City, MO  65102
(573) 751-3321
(573) 751-3825 FAX
(816) 889-5031
Terrence.messonnier@ago.mo.gov
Attorneys for Respondent

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was electronically filed by using the CM/ECF system. I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document postage prepaid, this 8 day of April, 2013, to:

George Wells
Inmate Number 1122956
Potosi Correctional Center
11593 State Highway O
Mineral Point, Missouri 63660


*/s/ Terrence M. Messonnier*
_____
Terrence M. Messonnier
Assistant Attorney General

2